GATES *et al. v.* DE LA MARE.

*(Supreme Court, General Term, First Department.* November 18, 1892.)

ATTORNEY'S LIEN—AWARD OF DAMAGES.

Where an attorney under an agreement with the owner of property condemned for a city street procures an increase in the amount of damages awarded by the commissioners of estimates and assessments, he thereby acquires an equitable lien on the sum awarded to the amount of his compensation agreed on.

Appeal from special term, New York county.

Action by Ephraim C. Gates and others against James De la Mare, (substituted as defendant in place of the city of New York upon the city paying the amount of the award into court,) to recover the amount of an award of damages by the commissioners of estimate and assessments in favor of Frank Denninger, occasioned by the taking of his property for a city street. Plaintiffs demurred to defendant's answer, an interlocutory judgment was entered overruling the demurrer, and plaintiffs appeal. Affirmed.

Argued before VAN BRUNT, P. J., and O'BRIEN and LAWRENCE, JJ.

*George W. Stephens,* for appellants. *James C. De la Mare, in pro. per.*

LAWRENCE, J. I am in favor of affirming the judgment in the court below, overruling the demurrer by the plaintiffs to the answer of the defendant for insufficiency. The defendant, by his skill and labor, increased the amount of the award of the commissioners, and thereby acquired an equitable lien upon the fund to the extent of the sum agreed upon between him and Denninger as his compensation for obtaining such increase. The rights of the defendant having accrued prior to the foreclosure of the mortgage of the Harlem Savings Bank, Toch, the purchaser at the sale under that foreclosure, did not acquire any interest in the award which was superior to the lien of the defendant, and the plaintiffs, as the assignees of Toch's grantee, of course only acquired Toch's interest. The judgment below must therefore be affirmed, with costs and disbursements, with leave, on payment of costs, to withdraw demurrer. All concur.